## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-00002-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JOLSON HUBERT BEARCOMESOUT, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Defendant's sentencing hearing presently set **via VIDEO** on Wednesday, September 16, 2020 at 1:30 p.m. is **VACATED.**

IT IS FURTHER ORDERED that the sentencing hearing is **RESET VIA VIDEO** from the **Crossroads Correctional Facility (Shelby, MT)** on **Monday, September 14, 2020 at 1:00 p.m.** Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior to the hearing to video conference with Defendant.

1

The Clerk of Court is directed to notify counsel, the U.S. Marshals Service

and Michael Cuthbert of the making of this Order.

DATED this _8th_ day of September, 2020.

SUSAN P. WATTERS
United States District Judge