# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JOLSON HUBERT BEARCOMESOUT,<br><br>              Defendant. | CR 20-00002-BLG-SPW<br><br>ORDER |

     Due to a scheduling conflict at Crossroads Correctional Facility and upon the Court's Own Motion,

     IT IS HEREBY ORDERED that the Defendant's sentencing hearing presently set **via VIDEO** on Thursday, October 29, 2020 at 9:30 a.m. is **VACATED.**

     IT IS FURTHER ORDERED that the sentencing hearing is **RESET VIA VIDEO** from the **Crossroads Correctional Facility (Shelby, MT)** on **Wednesday, October 28, 2020 at <u>1:00 p.m.</u>** Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior to the hearing to video conference with Defendant.

1

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 20th day of October, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge